IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Roanoke Division**

| | |
|---|---|
| TRAVIS LIGHT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>ENGLANDER TRANSPORATION, INC., and FLEETMASTER EXPRESS, INC.<br><br>*Defendants*. | Civil Action No. 7:25-cv-00102-MFU-CKM |

## MOTION TO DISMISS

Defendant Englander Transportation, Inc. ("Englander"), by counsel and pursuant to Rule 12(b)(6), Fed.R.Civ.P. moves to dismiss the Complaint filed by Plaintiff Travis Light. In support of this motion, Englander has filed the accompanying Memorandum of Law.

## REQUEST FOR HEARING

Englander requests a hearing on its motion at a date and time to be scheduled by the Court, provided that the Court does not determine the motion without a hearing as provided by Rule 78(b), Fed.R,Civ.P.

Dated: April 29, 2025                     Respectfully submitted,


*/s/ Michael E. Barnsback*
Michael E Barnsback (VA Bar No. 33113)
O'HAGAN MEYER, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601
mbarnsback@ohaganmeyer.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2025, the above document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Jacob M. Small
J. Madison PLC
1750 Tysons Boulevard
Suite 1500
McLean, VA  22102
jmsmall@jmadisonplc.com

Harold L. Lichten (*pro hac vice*)
Oleana Savytska (*pro hac vice*)
Lichten & Liss-Riordan, PC
729 Boylston Street
Suite 2000
Boston, MA  02116
hlighten@llrlaw.com
osavytska@llrlaw.com

*Counsel for Plaintiff*

/s/ *Michael E. Barnsback*
Michael E. Barnsback